

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-20-00285-CR

**IN RE** Flanzo **TOWNES**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Irene Rios, Justice

Delivered and Filed: August 5, 2020

PETITION FOR WRIT OF MANDAMUS DENIED

On May 29, 2020, relator filed a pro se petition for writ of mandamus complaining his request for DNA testing has languished for over two years despite the trial court authorizing the testing. Because this court concluded a serious question concerning the relief requested required further consideration, we requested a response. *See* TEX. R. APP. P. 52.8(b).

On July 7, 2020, the trial court conducted a hearing at which the State acknowledged the testing had not been done, but informed the court that, as of July 1, 2020, the samples were with the Department of Public Safety for testing. The trial court also appointed relator new counsel. On July 14, 2020, the State filed a response to the petition for writ of mandamus in which it stated relator would receive the testing results "as soon as possible."

---

[1] This proceeding arises out of Cause No. 2009CR0764, styled *State of Texas v. Flanzo LaFonte Townes*, pending in the 226th Judicial District Court, Bexar County, Texas. The Honorable Sid L. Harle signed the order at issue in this proceeding.

Although this court cannot grant relator's request that we direct the trial court to release the test results to him, we conclude relator has now received the relief he wants—to have the testing done that should have been done years ago.  We are confident the State and relator's attorney will ensure relator and all appropriate parties receive the test results on a timely basis.

Because relator's petition for writ of mandamus is now moot and he has appointed counsel, the petition for writ of mandamus is denied.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Do not publish